# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158761(24)(26)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SIDNEY LEE CALDWELL,
      Plaintiff-Appellant,

v

WILLIAM CHARLES BROWN,
      Defendant-Appellee,
and

FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Defendant.
_____/

SC: 158761
COA: 343674
Berrien CC: 17-000155-NI

On order of the Chief Justice, the motion of defendant-appellee to retroactively extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on January 25, 2019, is accepted as timely filed. On further order of the Chief Justice, the motion of plaintiff-appellant to strike the answer for being untimely is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 1, 2019



Clerk